1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  In re Zyprexa Products Liability Litigation       **ORDER STAYING CASES PENDING DETERMINATION**

11  ————————————————————/    **BY MDL PANEL**

12

13        Numerous actions involving Zyprexa products liability have been filed in this Court.  A

14 transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-

15 1596.  Until that determination is made, all of the following cases are **STAYED** and, accordingly,

16 any deadlines or pretrial conferences in these cases are **VACATED**:

17  C05-04830 WHA
     C05-04895 WHA

18  C05-05012 WHA
     C05-05013 WHA

19  C05-05077 WHA
     C05-05092 WHA

20  C06-00036 WHA
     C06-00041 WHA

21  C06-00252 WHA
     C06-00565 WHA

22  C06-00583 WHA
     C06-00584 WHA

23  C06-00598 WHA
     C06-00663 WHA

24  C06-00900 WHA
     C06-00958 WHA

25  C06-00961 WHA
     C06-00969 WHA

26  C06-01024 WHA
     C06-01033 WHA

27  C06-01040 WHA
     C06-01043 WHA

28  C06-01053 WHA

**United States District Court**
For the Northern District of California

C06-01056 WHA
C06-01077 WHA
C06-01085 WHA
C06-01093 WHA
C06-01110 WHA
C06-01116 WHA
C06-01117 WHA
C06-01123 WHA
C06-01126 WHA
C06-01128 WHA
C06-01129 WHA
C06-01131 WHA
C06-01155 WHA
C06-01242 WHA
C06-01246 WHA
C06-01263 WHA
C06-01273 WHA
C06-01284 WHA
C06-01287 WHA
C06-01339 WHA
C06-01340 WHA
C06-01406 WHA
C06-01489 WHA
C06-01532 WHA

**IT IS SO ORDERED.**

Dated:  February 28, 2006.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2